# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Messner,<br><br>            Plaintiff,<br><br>v.<br><br>I.C. System, Inc.,<br><br>            Defendant. | No. CV-10-0624-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. 15), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

DATED this 5th day of August, 2010.

_____
G. Murray Snow
United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, CV 10-0624-PHX-GMS)          [3589-0001]                    S:\Armie\Orders\10cv624 o-13.wpd